IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                      **PLAINTIFF**

v.                     No: 4:18-cv-00284 JM-PSH

**CRANCER,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Allen's motion for a preliminary injunction (Doc. No. 3) is denied. The Clerk is directed to seal Plaintiff's Objections (ECF No. 10) based upon his request to keep his medical conditions private.

DATED this 14th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE