IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                               **PLAINTIFF**

v.                    No: 4:18-cv-00284 JM-PSH

**CRANCER,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Allen's excessive force claims against defendants Crancer and Brown will proceed.

2. Allen's other claims are dismissed without prejudice, and all defendants other than defendants Crancer and Brown are dismissed from the case.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith.

DATED this 12th day of June, 2018.

                                                     UNITED STATES DISTRICT JUDGE