IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK LAMONT ALLEN                                                    PLAINTIFF

v.                              No: 4:18-cv-00284 JM-PSH

RYAN CRANCER, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' motion for summary judgment is granted. Allen's official capacity claims against defendants are dismissed without prejudice for failure to state an actionable claim. Allen's individual capacity excessive force claims are dismissed with prejudice because defendants are entitled to qualified immunity.

DATED this 13th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE