IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK LAMONT ALLEN                                                PLAINTIFF

v.                          No: 4:18-cv-00284 JM-PSH

RYAN CRANCER, *et al.*                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 13th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE